**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEONTA WALKER,

Petitioner,

v.

PATWIN HORN, Warden,

Respondent.

Case No. ED CV 26-00726-DMG (JDE)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

DATED: November 24, 2026

Dolly M. Gee

DOLLY M. GEE
Chief United States District Judge